Donald Wright SIGMUND, Appellant

v.

PROGRESSIVE NORTHERN
INSURANCE CO.,
Appellee.

No. 05–7081.

United States Court of Appeals,
District of Columbia Circuit.

April 26, 2006.

Patrick Michael Regan, Thanos Basdek-
is, Regan, Halperin & Long, Washington,
DC, for Appellant.

Paul McDermott Finamore, Brett An-
thony Buckwalter, Niles, Barton & Wil-
mer, Baltimore, MD, for Appellee.

Before: GINSBURG, Chief Judge, and
ROGERS and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
briefs of the parties pursuant to D.C. Cir-
cuit Rule 34(j). It is

ORDERED AND ADJUDGED that the
judgment of the district court be affirmed
for the reason stated in Part II.C of the
opinion of the district court. *See Sigmund
v. Progressive N. Ins. Co.,* 374 F.Supp.2d
33, 41–42 (D.D.C.2005).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after

resolution of any timely petition for re-
hearing or rehearing en banc. *See* Fed.
R.App. P. 41(b); D.C.Cir. Rule 41.